IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mario Chandler,                                    :
                                                   :
              Petitioner(s),                       :
                                                   :    Case Number: 1:12cv78
       vs.                                         :
                                                   :    Chief Judge Susan J. Dlott
Warden, Lebanon Correctional Institution,          :
                                                   :
              Respondent(s).                       :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Stephanie K. Bowman filed on January 30, 2013 (Doc. 12), to whom this case was

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 19, 2013,

hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner's motion to hold his habeas petition in abeyance pending

exhaustion (Doc. 9) is **DENIED** as moot.

IT IS SO ORDERED.


                                        ___ s/Susan J. Dlott _____
                                        Chief Judge Susan J. Dlott
                                        United States District Court